**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John Strategakos | CHAPTER 13 |
| Damaris Strategakos | |
| Debtor(s) | BKY. NO. 25-10911 DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
02 Apr 2025, 17:01:13, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 9ad80f03ba33767256114bcb4e0f0ce347110e9daf775dbc105fa112fd66687c