Voucher #: 124376 Sort Order: 73

Damaris Strategakos

Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

SSN# 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  Period Start Date 12-30-2024  Check Date 01-10-2025  Federal Filing Status M/2
EMP# G02623       Period End Date   01-05-2025  Check Number 179585   State Filing Status NONE/NONE

## Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 01-05-2025 | REGULAR PAY | 22.5000 | 21.00 | 472.50 |
| 01-05-2025 | HOLIDAY | 22.5000 | 8.00 | 180.00 |
| 01-05-2025 | PTO | 22.5000 | 16.00 | 360.00 |
| | TOTAL | | 45.00 | 1,012.50 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 121.50 | 245.70 |
| FEDERAL TAX | 53.02 | 108.74 |
| MEDICARE | 14.68 | 29.69 |
| SOC SECURITY | 62.78 | 126.95 |
| PA INCOME TAX | 31.08 | 62.85 |
| PA SUI | 0.71 | 1.43 |
| FALLS TOWNSHIP, | 10.13 | 20.48 |
| FALLS TOWNSHIP, | 1.00 | 2.00 |
| TOTAL | 294.90 | 597.84 |

## Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 1147.50 |
| HOLIDAY | 540.00 |
| PTO | 360.00 |
| TOTAL | $2,047.50 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $717.60 |
| TOTAL NET PAY | $717.60 |
| TOTAL NET PAY YTD | $1,449.66 |

## Paid Time Off

Description

## Direct Deposit Detail

| Balance | Account | Type | Amount |
|---|---|---|---|
| | 51554 | CHECKING | 717.60 |
| | TOTAL DEPOSITED | | $717.60 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance | 2.88 | 5.76 |
| TOTAL | 2.88 | 5.76 |

Arley Wholesale Inc.
Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Check No. 179585
Pay Date 01-10-2025

Pay  Non-negotiable                                $0.00

To The  Damaris Strategakos
Order   31 Arbor Ln
Of      Levittown, PA 19055-1201

*** Non-Negotiable ***

Arley Wholesale Inc.
Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

**Damaris Strategakos**
**31 Arbor Ln**
**Levittown, PA 19055-1201**

Voucher #: 124507 Sort Order: 77

Damaris Strategakos  Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | | | | |
|---|---|---|---|---|---|
| SSN# | 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 | Period Start Date | 01-06-2025 | Check Date | 01-17-2025 Federal Filing Status M/2 |
| EMP# | G02623 | Period End Date | 01-12-2025 | Check Number | 180137 State Filing Status NONE/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 01-12-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 01-12-2025 | OVERTIME | 33.7500 | 6.25 | 210.94 |
| | TOTAL | | 46.25 | 1,110.94 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 133.31 | 379.01 |
| FEDERAL TAX | 64.83 | 173.57 |
| MEDICARE | 16.11 | 45.80 |
| SOC SECURITY | 68.87 | 195.82 |
| PA INCOME TAX | 34.11 | 96.96 |
| PA SUI | 0.78 | 2.21 |
| FALLS TOWNSHIP, | 11.11 | 31.59 |
| FALLS TOWNSHIP, | 1.00 | 3.00 |
| TOTAL | 330.12 | 927.96 |

## Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 2047.50 |
| HOLIDAY | 540.00 |
| PTO | 360.00 |
| OVERTIME | 210.94 |
| TOTAL | $3,158.44 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $780.82 |
| TOTAL NET PAY | $780.82 |
| TOTAL NET PAY YTD | $2,230.48 |

## Paid Time Off

| Description | Balance |
|---|---|

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 780.82 |
| | TOTAL DEPOSITED | $780.82 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 8.64 |
| TOTAL | 2.88 | 8.64 |

Arley Wholesale Inc.
Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Check No. 180137
Pay Date 01-17-2025

Pay  Non-negotiable                    $0.00

To The  Damaris Strategakos
Order   31 Arbor Ln
Of      Levittown, PA 19055-1201

*** Non-Negotiable ***

Arley Wholesale Inc.
Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

Damaris Strategakos
31 Arbor Ln
Levittown, PA 19055-1201

Voucher #: 124507 Sort Order, 77

Damaris Strategakos — Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | | | |
|---|---|---|---|---|
| SSN# 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 | Period Start Date 01-06-2025 | Check Date | 01-17-2025 | Federal Filing Status M/2 |
| EMP# G02623 | Period End Date 01-12-2025 | Check Number | 180137 | State Filing Status NONE/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 01-12-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 01-12-2025 | OVERTIME | 33.7500 | 6.25 | 210.94 |
| | TOTAL | | 46.25 | 1,110.94 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 133.31 | 379.01 |
| FEDERAL TAX | 64.83 | 173.57 |
| MEDICARE | 16.11 | 45.80 |
| SOC SECURITY | 68.87 | 195.82 |
| PA INCOME TAX | 34.11 | 96.96 |
| PA SUI | 0.78 | 2.21 |
| FALLS TOWNSHIP, | 11.11 | 31.59 |
| FALLS TOWNSHIP, | 1.00 | 3.00 |
| TOTAL | 330.12 | 927.96 |

## Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 2047.50 |
| HOLIDAY | 540.00 |
| PTO | 360.00 |
| OVERTIME | 210.94 |
| TOTAL | $3,158.44 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $780.82 |
| TOTAL NET PAY | $780.82 |
| TOTAL NET PAY YTD | $2,230.48 |

## Paid Time Off

| Description | Balance |
|---|---|

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 780.82 |
| | TOTAL DEPOSITED | $780.82 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 8.64 |
| TOTAL | 2.88 | 8.64 |

Arley Wholesale Inc
Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Check No. 180137
Pay Date 01-17-2025

Pay  Non-negotiable  $0.00

To The Order Of: Damaris Strategakos
31 Arbor Ln
Levittown, PA 19055-1201

*** Non-Negotiable ***

Arley Wholesale Inc.
Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

Damaris Strategakos
31 Arbor Ln
Levittown, PA 19055-1201

Voucher #: 124703 Sort Order: 76

Damaris Strategakos  Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | | |
|---|---|---|---|
| SSN# 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 | Period Start Date 01-13-2025 | Check Date 01-24-2025 | Federal Filing Status M/2 |
| EMP# G02623 | Period End Date 01-19-2025 | Check Number 180681 | State Filing Status NONE/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 01-19-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 01-19-2025 | OVERTIME | 33.7500 | 5.75 | 194.06 |
| | TOTAL | | 45.75 | 1,094.06 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 131.29 | 510.30 |
| FEDERAL TAX | 62.81 | 236.38 |
| MEDICARE | 15.86 | 61.66 |
| SOC SECURITY | 67.84 | 263.66 |
| PA INCOME TAX | 33.59 | 130.55 |
| PA SUI | 0.77 | 2.98 |
| FALLS TOWNSHIP. | 10.94 | 42.53 |
| FALLS TOWNSHIP. | 1.00 | 4.00 |
| TOTAL | 324.10 | 1,252.06 |

## Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 2947.50 |
| HOLIDAY | 540.00 |
| PTO | 360.00 |
| OVERTIME | 405.00 |
| TOTAL | $4,252.50 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $769.96 |
| TOTAL NET PAY | $769.96 |
| TOTAL NET PAY YTD | $3,000.44 |

## Paid Time Off

Description   Balance

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 769.96 |
| | TOTAL DEPOSITED | $769.96 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 11.52 |
| TOTAL | 2.88 | 11.52 |

Best wishes for a Happy Birthday!

Arley Wholesale Inc.

Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Check No. 180681
Pay Date 01-24-2025

Pay   Non-negotiable   $0.00

To The Order Of   Damaris Strategakos
31 Arbor Ln
Levittown, PA 19055-1201

*** Non-Negotiable ***

Arley Wholesale Inc.

Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

Damaris Strategakos
31 Arbor Ln
Levittown, PA 19055-1201

Voucher #: 125099 Sort Order: 75

Damaris Strategakos    Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | |
|---|---|---|
| SSN# 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 | Period Start Date 01-20-2025 Check Date | 01-31-2025 Federal Filing Status M/2 |
| EMP# G02623 | Period End Date 01-26-2025 Check Number | 181261 State Filing Status NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 01-26-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 01-26-2025 | OVERTIME | 33.7500 | 6.00 | 202.50 |
| | TOTAL | | 46.00 | 1,102.50 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 132.30 | 642.60 |
| FEDERAL TAX | 63.82 | 300.20 |
| MEDICARE | 15.99 | 77.65 |
| SOC SECURITY | 68.35 | 332.01 |
| PA INCOME TAX | 33.85 | 164.40 |
| PA SUI | 0.77 | 3.75 |
| FALLS TOWNSHIP, | 11.03 | 53.56 |
| FALLS TOWNSHIP, | 1.00 | 5.00 |
| TOTAL | 327.11 | 1,579.17 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 3847.50 |
| HOLIDAY | 540.00 |
| PTO | 360.00 |
| OVERTIME | 607.50 |
| TOTAL | $5,355.00 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $775.39 |
| TOTAL NET PAY | $775.39 |
| TOTAL NET PAY YTD | $3,775.83 |

### Paid Time Off

| Description | Balance |
|---|---|
| | |

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 775.39 |
| | TOTAL DEPOSITED | $775.39 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 0.00 | 11.52 |
| TOTAL | 0.00 | 11.52 |

Arley Wholesale Inc.
Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Check No. 181261
Pay Date 01-31-2025

Pay  Non-negotiable    $0.00

To The  Damaris Strategakos
Order   31 Arbor Ln
Of      Levittown, PA 19055-1201

*** Non-Negotiable ***

Arley Wholesale Inc.
Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

**Damaris Strategakos**
**31 Arbor Ln**
**Levittown, PA 19055-1201**

Voucher #: 125294 Sort Order: 74

Damaris Strategakos                                  Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

SSN#  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    Period Start Date 01-27-2025  Check Date    02-07-2025  Federal Filing Status  M/2
EMP#  G02623         Period End Date   02-02-2025  Check Number      181608  State Filing Status    NONE/NONE

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 02-02-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 02-02-2025 | OVERTIME | 33.7500 | 4.00 | 135.00 |
| 02-02-2025 | PTO | 22.5000 | 4.00 | 90.00 |
| | TOTAL | | 48.00 | 1,125.00 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 135.00 | 777.60 |
| FEDERAL TAX | 66.52 | 366.72 |
| MEDICARE | 16.31 | 93.96 |
| SOC SECURITY | 69.75 | 401.76 |
| PA INCOME TAX | 34.54 | 198.94 |
| PA SUI | 0.79 | 4.54 |
| FALLS TOWNSHIP, | 11.25 | 64.81 |
| FALLS TOWNSHIP, | 1.00 | 6.00 |
| TOTAL | 335.16 | 1,914.33 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 4747.50 |
| HOLIDAY | 540.00 |
| PTO | 450.00 |
| OVERTIME | 742.50 |
| TOTAL | $6,480.00 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $789.84 |
| TOTAL NET PAY | $789.84 |
| TOTAL NET PAY YTD | $4,565.67 |

### Paid Time Off

Description    Balance

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 789.84 |
| TOTAL DEPOSITED | | $789.84 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 14.40 |
| TOTAL | 2.88 | 14.40 |

Arley Wholesale Inc.                                              Check No. 181608
Tandium Corporation                                               Pay Date 02-07-2025
64 W Central Ave Suite B #690
Edgewater, MD 21037

Pay  Non-negotiable                                                              $0.00

To The  Damaris Strategakos
Order   31 Arbor Ln                      *** Non-Negotiable ***
Of      Levittown, PA 19055-1201

Arley Wholesale Inc.

Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34                              Damaris Strategakos
Hourly                          31 Arbor Ln
                                Levittown, PA 19055-1201

Voucher #: 125391 Sort Order: 74

**Damaris Strategakos**   Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | |
|---|---|---|
| SSN# 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 | Period Start Date 02-03-2025 Check Date | 02-14-2025 Federal Filing Status M/2 |
| EMP# G02623 | Period End Date 02-09-2025 Check Number | 181948 State Filing Status NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 02-09-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 02-09-2025 | OVERTIME | 33.7500 | 7.00 | 236.25 |
| | TOTAL | | 47.00 | 1,136.25 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 136.35 | 913.95 |
| FEDERAL TAX | 67.87 | 434.59 |
| MEDICARE | 16.48 | 110.44 |
| SOC SECURITY | 70.45 | 472.21 |
| PA INCOME TAX | 34.88 | 233.82 |
| PA SUI | 0.80 | 5.34 |
| FALLS TOWNSHIP, | 11.36 | 76.17 |
| FALLS TOWNSHIP, | 1.00 | 7.00 |
| TOTAL | 339.19 | 2,253.52 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 5647.50 |
| HOLIDAY | 540.00 |
| PTO | 450.00 |
| OVERTIME | 978.75 |
| TOTAL | $7,616.25 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $797.06 |
| TOTAL NET PAY | $797.06 |
| TOTAL NET PAY YTD | $5,362.73 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 797.06 |
| | TOTAL DEPOSITED | $797.06 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 17.28 |
| TOTAL | 2.88 | 17.28 |

Arley Wholesale Inc.
Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Check No. 181948
Pay Date 02-14-2025

Pay Non-negotiable   $0.00

To The Order Of: Damaris Strategakos
31 Arbor Ln
Levittown, PA 19055-1201

*** Non-Negotiable ***

Arley Wholesale Inc.
Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

**Damaris Strategakos**
**31 Arbor Ln**
**Levittown, PA 19055-1201**

Voucher #: 125938 Sort Order: 73

Damaris Strategakos

Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | |
|---|---|---|
| SSN# 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 | Period Start Date 02-10-2025 Check Date | 02-21-2025 Federal Filing Status M/2 |
| EMP# G02623 | Period End Date 02-16-2025 Check Number | 182274 State Filing Status NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 02-16-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 02-16-2025 | OVERTIME | 33.7500 | 6.25 | 210.94 |
| | TOTAL | | 46.25 | 1,110.94 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 133.31 | 1047.26 |
| FEDERAL TAX | 64.83 | 499.42 |
| MEDICARE | 16.10 | 126.54 |
| SOC SECURITY | 68.88 | 541.09 |
| PA INCOME TAX | 34.11 | 267.93 |
| PA SUI | 0.78 | 6.12 |
| FALLS TOWNSHIP, | 11.11 | 87.28 |
| FALLS TOWNSHIP, | 1.00 | 8.00 |
| TOTAL | 330.12 | 2,583.64 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 6547.50 |
| HOLIDAY | 540.00 |
| PTO | 450.00 |
| OVERTIME | 1189.69 |
| TOTAL | $8,727.19 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $780.82 |
| TOTAL NET PAY | $780.82 |
| TOTAL NET PAY YTD | $6,143.55 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 780.82 |
| | TOTAL DEPOSITED | $780.82 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 20.16 |
| TOTAL | 2.88 | 20.16 |

Arley Wholesale Inc.

Tandium Corporation
64 W Central Ave Suite B #690
Edgewater, MD 21037

Check No. 182274
Pay Date 02-21-2025

Pay Non-negotiable                                                                                                  $0.00

To The Damaris Strategakos
Order 31 Arbor Ln
Of   Levittown, PA 19055-1201

### *** Non-Negotiable ***

Arley Wholesale Inc

Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

**Damaris Strategakos**
**31 Arbor Ln**
**Levittown, PA 19055-1201**

Voucher #: 125938 Sort Order: 73

Damaris Strategakos — Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | |
|---|---|---|
| SSN# 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 | Period Start Date 02-10-2025 | Check Date 02-21-2025 Federal Filing Status M/2 |
| EMP# G02623 | Period End Date 02-16-2025 | Check Number 182274 State Filing Status NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 02-16-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 02-16-2025 | OVERTIME | 33.7500 | 6.25 | 210.94 |
| | TOTAL | | 46.25 | 1,110.94 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 133.31 | 1047.26 |
| FEDERAL TAX | 64.83 | 499.42 |
| MEDICARE | 16.10 | 126.54 |
| SOC SECURITY | 68.88 | 541.09 |
| PA INCOME TAX | 34.11 | 267.93 |
| PA SUI | 0.78 | 6.12 |
| FALLS TOWNSHIP. | 11.11 | 87.28 |
| FALLS TOWNSHIP. | 1.00 | 8.00 |
| TOTAL | 330.12 | 2,583.64 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 6547.50 |
| HOLIDAY | 540.00 |
| PTO | 450.00 |
| OVERTIME | 1189.69 |
| TOTAL | $8,727.19 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $780.82 |
| TOTAL NET PAY | $780.82 |
| TOTAL NET PAY YTD | $6,143.55 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 780.82 |
| TOTAL DEPOSITED | | $780.82 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 20.16 |
| TOTAL | 2.88 | 20.16 |

---

Arley Wholesale Inc
Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Check No. 182274
Pay Date 02-21-2025

Pay  Non-negotiable                                    $0.00

To The Damaris Strategakos
Order  31 Arbor Ln
Of     Levittown, PA 19055-1201

*** Non-Negotiable ***

Arley Wholesale Inc.
Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

**Damaris Strategakos**
**31 Arbor Ln**
**Levittown, PA 19055-1201**

Voucher #: 126035 Sort Order: 71

Damaris Strategakos

Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | |
|---|---|---|
| SSN# 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 | Period Start Date 02-17-2025 Check Date | 02-28-2025 Federal Filing Status M/2 |
| EMP# G02623 | Period End Date 02-23-2025 Check Number | 182644 State Filing Status NONE/NONE |

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 02-23-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 02-23-2025 | OVERTIME | 33.7500 | 6.50 | 219.38 |
| | TOTAL | | 46.50 | 1,119.38 |

### Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 134.33 | 1181.59 |
| FEDERAL TAX | 65.84 | 565.26 |
| MEDICARE | 16.24 | 142.78 |
| SOC SECURITY | 69.40 | 610.49 |
| PA INCOME TAX | 34.36 | 302.29 |
| PA SUI | 0.78 | 6.90 |
| FALLS TOWNSHIP, | 11.19 | 98.47 |
| FALLS TOWNSHIP, | 1.00 | 9.00 |
| TOTAL | 333.14 | 2,916.78 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 7447.50 |
| HOLIDAY | 540.00 |
| PTO | 450.00 |
| OVERTIME | 1409.07 |
| TOTAL | $9,846.57 |

### Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $786.24 |
| TOTAL NET PAY | $786.24 |
| TOTAL NET PAY YTD | $6,929.79 |

### Paid Time Off

| Description | Balance |
|---|---|

### Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 786.24 |
| | TOTAL DEPOSITED | $786.24 |

### Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 23.04 |
| TOTAL | 2.88 | 23.04 |

Arley Wholesale Inc
Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Check No. 182644
Pay Date 02-28-2025

Pay  Non-negotiable                                                   $0.00

To The  Damaris Strategakos
Order   31 Arbor Ln
Of      Levittown, PA 19055-1201

*** Non-Negotiable ***

Arley Wholesale Inc.
Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

**Damaris Strategakos**
**31 Arbor Ln**
**Levittown, PA 19055-1201**