| | | | | |
|---|---|---|---|---|
| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
| K58 | 095445 | 020300 | | 0000020010 |

# Earnings Statement



RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Period Beginning:  12/29/2024
Period Ending:     01/04/2025
Pay Date:          01/09/2025

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:  0
  NY:       0

JOHN STRATEGAKOS
31 ARBOR LN
LEVITTOWN, PA 19055

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 38.9000 | 32.00 | 1,244.80 | 2,489.60 |
| Overtime | 58.3500 | 1.00 | 58.35 | 991.95 |
| Holiday | 38.9000 | 8.00 | 311.20 | |
| Holiday WRKD | 58.3500 | 8.00 | 466.80 | |
| **Gross Pay** | | | **$2,081.15** | 4,570.75 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-490-0666

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -201.11 | 480.86 |
| | Social Security Tax | -129.03 | 283.39 |
| | Medicare Tax | -30.18 | 66.28 |
| | NY State Income Tax | -105.22 | 239.00 |
| | NY Paid Family Leave Ins | -8.07 | 17.73 |
| | **Other** | | |
| | LOCAL 94 PAC | -0.98 | 2.10 |
| | LOCAL 94 DUES | | 97.25 |
| | Meal Allowance | | -17.00 |
| | **Net Pay** | **$1,606.56** | |
| | Checking 1 | -1,606.56 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,081.15

RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Advice number:   00000020010
Pay date:        01/09/2025

Deposited to the account of
JOHN STRATEGAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9659 | xxxx  xxxx | $1,606.56 |



**NON-NEGOTIABLE**

# Earnings Statement



| | |
|---|---|
| RIVERPLACE II, LLC | Period Beginning: 01/05/2025 |
| 250 GREENWICH STREET | Period Ending: 01/11/2025 |
| NEW YORK, NY 10007 | Pay Date: 01/16/2025 |
| 212-490-0666 | |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   0
  NY:        0

JOHN STRATEGAKOS
31 ARBOR LN
LEVITTOWN, PA 19055

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0700 | 32.00 | 1,282.24 | 3,771.84 |
| Overtime | 60.1050 | 22.00 | 1,322.31 | 2,314.26 |
| Floating H | 40.0700 | 8.00 | 320.56 | |
| **Gross Pay** | | | **$2,925.11** | 7,495.86 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-490-0666

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -375.56 | 856.42 |
| | Social Security Tax | -181.35 | 464.74 |
| | Medicare Tax | -42.41 | 108.69 |
| | NY State Income Tax | -165.01 | 404.01 |
| | NY Paid Family Leave Ins | -11.35 | 29.08 |
| | **Other** | | |
| | LOCAL 94 DUES | -2.93 | 100.18 |
| | LOCAL 94 PAC | -1.24 | 3.34 |
| | Meal Allowance | | -51.00 |
| | **Adjustment** | | |
| | Meal Allowance | +34.00 | |
| | **Net Pay** | **$2,179.26** | |
| | Checking 1 | -2,179.26 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,925.11

---

| | |
|---|---|
| RIVERPLACE II, LLC | Advice number:  00000030011 |
| 250 GREENWICH STREET | Pay date:  01/16/2025 |
| NEW YORK, NY 10007 | |
| 212-490-0666 | |

Deposited to the account of
JOHN STRATEGAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9659 | xxxx xxxx | $2,179.26 |



# NON-NEGOTIABLE

# Earnings Statement



RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Period Beginning: 01/12/2025
Period Ending: 01/18/2025
Pay Date: 01/23/2025

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 0
 NY: 0

JOHN STRATEGAKOS
31 ARBOR LN
LEVITTOWN, PA 19055

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0700 | 32.00 | 1,282.24 | 5,054.08 |
| Overtime | 60.1050 | 15.00 | 901.58 | 3,215.84 |
| Floating H | 40.0700 | 8.00 | 320.56 | |
| **Gross Pay** | | | **$2,504.38** | 10,044.12 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-490-0666

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -283.00 | 1,139.42 |
| | Social Security Tax | -155.28 | 622.74 |
| | Medicare Tax | -36.31 | 145.64 |
| | NY State Income Tax | -134.84 | 538.85 |
| | NY Paid Family Leave Ins | -9.72 | 38.97 |
| | **Other** | | |
| | LOCAL 94 PAC | -1.10 | 4.44 |
| | LOCAL 94 DUES | | 100.18 |
| | Meal Allowance | | -85.00 |
| | **Adjustment** | | |
| | Meal Allowance | +34.00 | |
| **Net Pay** | | **$1,918.13** | |
| Checking 1 | | -1,918.13 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$2,504.38

---

RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Advice number: 00000040009
Pay date: 01/23/2025

Deposited to the account of
JOHN STRATEGAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9659 | xxxx xxxx | $1,918.13 |



**NON-NEGOTIABLE**

# Earnings Statement



RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

| | |
|---|---|
| Period Beginning: | 01/19/2025 |
| Period Ending: | 01/25/2025 |
| Pay Date: | 01/30/2025 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:    0
  NY:         0

**JOHN STRATEGAKOS**
**31 ARBOR LN**
**LEVITTOWN, PA 19055**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0700 | 32.00 | 1,282.24 | 6,336.32 |
| Overtime | 60.1050 | 16.00 | 961.68 | 4,177.52 |
| Floating H | 40.0700 | 8.00 | 320.56 | |
| **Gross Pay** | | | **$2,564.48** | 12,608.60 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-490-0666

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.23 | 1,435.65 |
| | Social Security Tax | -158.99 | 781.73 |
| | Medicare Tax | -37.18 | 182.82 |
| | NY State Income Tax | -139.15 | 678.00 |
| | NY Paid Family Leave Ins | -9.95 | 48.92 |
| **Other** | | | |
| | LOCAL 94 PAC | -1.12 | 5.56 |
| | LOCAL 94 DUES | | 100.18 |
| | Meal Allowance | | -119.00 |
| **Adjustment** | | | |
| | Meal Allowance | +34.00 | |
| **Net Pay** | | **$1,955.86** | |
| | Checking 1 | -1,955.86 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$2,564.48



RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Deposited to the account of
JOHN STRATEGAKOS

| | | |
|---|---|---|
| Advice number: | 00000050006 | |
| Pay date: | 01/30/2025 | |

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9659 | xxxx  xxxx | $1,955.86 |

**NON-NEGOTIABLE**

# Earnings Statement



| | | | | |
|---|---|---|---|---|
| RIVERPLACE II, LLC | | | Period Beginning: | 01/26/2025 |
| 250 GREENWICH STREET | | | Period Ending: | 02/01/2025 |
| NEW YORK, NY 10007 | | | Pay Date: | 02/06/2025 |
| 212-490-0666 | | | | |

Taxable Marital Status:  Married
Exemptions/Allowances:
   Federal:  0
   NY:  0

JOHN STRATEGAKOS
31 ARBOR LN
LEVITTOWN, PA 19055

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0700 | 32.00 | 1,282.24 | 7,618.56 |
| Overtime | 60.1050 | 18.00 | 1,081.89 | 5,259.41 |
| Floating H | 40.0700 | 8.00 | 320.56 | |
| **Gross Pay** | | | **$2,684.69** | 15,293.29 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -322.67 | 1,758.32 |
| Social Security Tax | | -166.45 | 948.18 |
| Medicare Tax | | -38.93 | 221.75 |
| NY State Income Tax | | -147.77 | 825.77 |
| NY Paid Family Leave Ins | | -10.42 | 59.34 |
| **Other** | | | |
| LOCAL 94 DUES | | -97.25 | 197.43 |
| LOCAL 94 PAC | | -1.16 | 6.72 |
| Meal Allowance | | | -153.00 |
| **Adjustment** | | | |
| Meal Allowance | | +34.00 | |
| **Net Pay** | | **$1,934.04** | |
| Checking 1 | | -1,934.04 | |
| **Net Check** | | **$0.00** | |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-490-0666

BASIS OF PAY: HOURLY

Your federal taxable wages this period are
$2,684.69

---

RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Advice number:  00000060010
Pay date:  02/06/2025

Deposited to the account of
JOHN STRATEGAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9659 | xxxx xxxx | $1,934.04 |



**NON-NEGOTIABLE**

**Earnings Statement** 

| | |
|---|---|
| RIVERPLACE II, LLC | Period Beginning: 02/02/2025 |
| 250 GREENWICH STREET | Period Ending: 02/08/2025 |
| NEW YORK, NY 10007 | Pay Date: 02/13/2025 |
| 212-490-0666 | |

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  NY: 0

JOHN STRATEGAKOS
31 ARBOR LN
LEVITTOWN, PA 19055

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0700 | 40.00 | 1,602.80 | 9,221.36 |
| Overtime | 60.1050 | 16.00 | 961.68 | 6,221.09 |
| **Gross Pay** | | | **$2,564.48** | 17,857.77 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-490-0666

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -296.23 | 2,054.55 |
| | Social Security Tax | -159.00 | 1,107.18 |
| | Medicare Tax | -37.19 | 258.94 |
| | NY State Income Tax | -139.15 | 964.92 |
| | NY Paid Family Leave Ins | -9.95 | 69.29 |
| | **Other** | | |
| | LOCAL 94 DUES | -2.93 | 200.36 |
| | LOCAL 94 PAC | -1.12 | 7.84 |
| | Meal Allowance | | -187.00 |
| | **Adjustment** | | |
| | Meal Allowance | +34.00 | |
| | **Net Pay** | **$1,952.91** | |
| | Checking 1 | -1,952.91 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,564.48

---

RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Advice number: 00000070006
Pay date: 02/13/2025

Deposited to the account of
JOHN STRATEGAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9659 | xxxx xxxx | $1,952.91 |



**NON-NEGOTIABLE**

# Earnings Statement



RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

| | |
|---|---|
| Period Beginning: | 02/09/2025 |
| Period Ending: | 02/15/2025 |
| Pay Date: | 02/20/2025 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:   0
  NY:   0

JOHN STRATEGAKOS
31 ARBOR LN
LEVITTOWN, PA 19055

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0700 | 32.00 | 1,282.24 | 10,503.60 |
| Overtime | 60.1050 | 11.00 | 661.16 | 6,882.25 |
| Floating H | 40.0700 | 8.00 | 320.56 | |
| **Gross Pay** | | | **$2,263.96** | 20,121.73 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-490-0666

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -230.11 | 2,284.66 |
| | Social Security Tax | -140.37 | 1,247.55 |
| | Medicare Tax | -32.83 | 291.77 |
| | NY State Income Tax | -117.60 | 1,082.52 |
| | NY Paid Family Leave Ins | -8.78 | 78.07 |
| | **Other** | | |
| | LOCAL 94 PAC | -1.02 | 8.86 |
| | LOCAL 94 DUES | | 200.36 |
| | Meal Allowance | | -204.00 |
| | **Adjustment** | | |
| | Meal Allowance | +17.00 | |
| | **Net Pay** | **$1,750.25** | |
| | Checking 1 | -1,750.25 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,263.96

---

RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Advice number:   00000080009
Pay date:   02/20/2025

Deposited to the account of
JOHN STRATEGAKOS



| account number | transit ABA | amount |
|---|---|---|
| xxxxx9659 | xxxx xxxx | $1,750.25 |

# NON-NEGOTIABLE

# Earnings Statement 

```
K58   095445   020300         00
```

RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Period Beginning: 02/16/2025
Period Ending: 02/22/2025
Pay Date: 02/27/2025

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  NY: 0

JOHN STRATEGAKOS
31 ARBOR LN
LEVITTOWN, PA 19055

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0700 | 40.00 | 1,602.80 | 12,106.40 |
| Overtime | 60.1050 | 19.00 | 1,142.00 | 8,024.25 |
| **Gross Pay** | | | **$2,744.80** | 22,866.53 |

**Important Notes**
YOUR COMPANY PHONE NUMBER IS 212-490-0666
BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -335.90 | 2,620.56 |
| | Social Security Tax | -170.17 | 1,417.72 |
| | Medicare Tax | -39.79 | 331.56 |
| | NY State Income Tax | -152.08 | 1,234.60 |
| | NY Paid Family Leave Ins | -10.65 | 88.72 |
| | **Other** | | |
| | LOCAL 94 PAC | -1.18 | 10.04 |
| | LOCAL 94 DUES | | 200.36 |
| | Meal Allowance | | -238.00 |
| | **Adjustment** | | |
| | Meal Allowance | +34.00 | |
| | **Net Pay** | **$2,069.03** | |
| | Checking 1 | -2,069.03 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,744.80

---

RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

Advice number: 00000090006
Pay date: 02/27/2025

Deposited to the account of
JOHN STRATEGAKOS

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9659 | xxxx xxxx | $2,069.03 |



**NON-NEGOTIABLE**