Voucher #: 126484 Sort Order: 67

Damaris Strategakos                                                     Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | | | |
|---|---|---|---|---|
| SSN# 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 | Period Start Date 03-10-2025 | Check Date | 03-21-2025 | Federal Filing Status M/2 |
| EMP# G02623 | Period End Date 03-16-2025 | Check Number | 184074 | State Filing Status NONE/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 03-16-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 03-16-2025 | OVERTIME | 33.7500 | 9.50 | 320.63 |
| | TOTAL | | 49.50 | 1,220.63 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 146.48 | 1592.00 |
| FEDERAL TAX | 77.99 | 770.21 |
| MEDICARE | 17.70 | 192.37 |
| SOC SECURITY | 75.68 | 822.53 |
| PA INCOME TAX | 37.47 | 407.28 |
| PA SUI | 0.85 | 9.29 |
| FALLS TOWNSHIP, | 12.21 | 132.67 |
| FALLS TOWNSHIP, | 1.00 | 12.00 |
| TOTAL | 369.38 | 3,938.35 |

## Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 10096.88 |
| HOLIDAY | 540.00 |
| PTO | 630.00 |
| OVERTIME | 1999.70 |
| TOTAL | $13,266.58 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $851.25 |
| TOTAL NET PAY | $851.25 |
| TOTAL NET PAY YTD | $9,328.23 |

## Paid Time Off

| Description | Balance |
|---|---|

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 851.25 |
| | TOTAL DEPOSITED | $851.25 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 31.68 |
| TOTAL | 2.88 | 31.68 |

Arley Wholesale Inc.

Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Check No. 184074
Pay Date 03-21-2025

$0.00

Pay  Non-negotiable

To The  **Damaris Strategakos**
Order  **31 Arbor Ln**
Of  **Levittown, PA 19055-1201**

*** *Non-Negotiable* ***

Arley Wholesale Inc.

Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

**Damaris Strategakos**
**31 Arbor Ln**
**Levittown, PA 19055-1201**

Voucher #: 126309 Sort Order: 69

Damaris Strategakos

Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | | | | | |
|---|---|---|---|---|---|---|
| SSN# | 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 | Period Start Date | 03-03-2025 | Check Date | 03-14-2025 | Federal Filing Status M/2 |
| EMP# | G02623 | Period End Date | 03-09-2025 | Check Number | 183618 | State Filing Status NONE/NONE |

## Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount |
|---|---|---|---|---|
| 03-09-2025 | REGULAR PAY | 22.5000 | 40.00 | 900.00 |
| 03-09-2025 | OVERTIME | 33.7500 | 8.00 | 270.00 |
| | TOTAL | | 48.00 | 1,170.00 |

## Deductions / Taxes

| Description | Amount | YTD |
|---|---|---|
| Roth | 140.40 | 1445.52 |
| FEDERAL TAX | 71.92 | 692.22 |
| MEDICARE | 16.97 | 174.67 |
| SOC SECURITY | 72.54 | 746.85 |
| PA INCOME TAX | 35.92 | 369.81 |
| PA SUI | 0.82 | 8.44 |
| FALLS TOWNSHIP, | 11.70 | 120.46 |
| FALLS TOWNSHIP. | 1.00 | 11.00 |
| TOTAL | 351.27 | 3,568.97 |

## Earnings - Year To Date

| Description | YTD |
|---|---|
| REGULAR PAY | 9196.88 |
| HOLIDAY | 540.00 |
| PTO | 630.00 |
| OVERTIME | 1679.07 |
| TOTAL | $12,045.95 |

## Net Pay Distribution

| Type | Amount |
|---|---|
| CHECK | $0.00 |
| DIRECT DEPOSIT | $818.73 |
| TOTAL NET PAY | $818.73 |
| TOTAL NET PAY YTD | $8,476.98 |

## Paid Time Off

| Description | Balance |
|---|---|

## Direct Deposit Detail

| Account | Type | Amount |
|---|---|---|
| 51554 | CHECKING | 818.73 |
| TOTAL DEPOSITED | | $818.73 |

## Employer Contributions

| Description | Amount | YTD |
|---|---|---|
| LIFE Reliance 1 | 2.88 | 28.80 |
| TOTAL | 2.88 | 28.80 |

Arley Wholesale Inc.

Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Check No. 183618
Pay Date 03-14-2025

$0.00

Pay Non-negotiable

| | |
|---|---|
| To The | Damaris Strategakos |
| Order | 31 Arbor Ln |
| Of | Levittown, PA 19055-1201 |

*** *Non-Negotiable* ***

Arley Wholesale Inc.

Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Morrisville
34
Hourly

Damaris Strategakos
31 Arbor Ln
Levittown, PA 19055-1201

Voucher #: 126129 Sort Order: 70

Damaris Strategakos                                    Arley Wholesale Inc. - PA Morrisville - Renaissance (101190)

| | | | | |
|---|---|---|---|---|
| SSN# 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 | Period Start Date | 02-24-2025 | Check Date | 03-07-2025 Federal Filing Status M/2 |
| EMP# G02623 | Period End Date | 03-02-2025 | Check Number | 183096 State Filing Status NONE/NONE |

| Earnings - Current | | | | | Deductions / Taxes | | |
|---|---|---|---|---|---|---|---|
| **Date** | **Pay Description** | **Pay Rate** | **Hrs/Units** | **Pay Amount** | **Description** | **Amount** | **YTD** |
| 03-02-2025 | REGULAR PAY | 22.5000 | 37.75 | 849.38 | Roth | 123.53 | 1305.12 |
| 03-02-2025 | PTO | 22.5000 | 8.00 | 180.00 | FEDERAL TAX | 55.04 | 620.30 |
| | | | | | MEDICARE | 14.92 | 157.70 |
| | | | | | SOC SECURITY | 63.82 | 674.31 |
| | | | | | PA INCOME TAX | 31.60 | 333.89 |
| | | | | | PA SUI | 0.72 | 7.62 |
| | | | | | FALLS TOWNSHIP. | 10.29 | 108.76 |
| | | | | | FALLS TOWNSHIP. | 1.00 | 10.00 |
| | TOTAL | | 45.75 | 1,029.38 | | | |

| Earnings - Year To Date | | | Net Pay Distribution | |
|---|---|---|---|---|
| **Description** | | **YTD** | **Type** | **Amount** |
| REGULAR PAY | | 8296.88 | CHECK | $0.00 |
| HOLIDAY | | 540.00 | | |
| PTO | | 630.00 | DIRECT DEPOSIT | $728.46 |
| OVERTIME | | 1409.07 | | |
| | | | TOTAL NET PAY | $728.46 |
| | | | TOTAL NET PAY YTD | $7,658.25 |
| TOTAL | | $10,875.95 | | |

| Paid Time Off | | Direct Deposit Detail | | | Employer Contributions | | |
|---|---|---|---|---|---|---|---|
| **Description** | **Balance** | **Account** | **Type** | **Amount** | **Description** | **Amount** | **YTD** |
| | | 51554 | CHECKING | 728.46 | LIFE Reliance 1 | 2.88 | 25.92 |
| | | TOTAL DEPOSITED | | $728.46 | TOTAL | 2.88 | 25.92 |

TOTAL     300.92     3,217.70

Arley Wholesale Inc.                                                      Check No. 183096
                                                                         Pay Date 03-07-2025
Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

                                                                                    $0.00
**Pay** Non-negotiable

**To The** **Damaris Strategakos**
**Order** **31 Arbor Ln**                          *** Non-Negotiable ***
**Of** **Levittown, PA 19055-1201**

Arley Wholesale Inc.

Tandium Corporation
64 W. Central Ave Suite B #690
Edgewater, MD 21037

Morrisville                          **Damaris Strategakos**
34                                   **31 Arbor Ln**
Hourly                               **Levittown, PA 19055-1201**