# Earnings Statement

**ADP**

CO.    FILE    DEPT    CLOCK    VCHR NO. 020
K58    095445    020300             0000

RIVERPLACE  II, LLC
250 GREENWICH  STREET
NEW YORK, NY 10007
212-490-0666

| Period Beginning: | 03/02/2025 |
|---|---|
| Period Ending: | 03/08/2025 |
| Pay Date: | 03/13/2025 |

Taxable Marital Status:    Married
Exemptions/Allowances:
    Federal:         0
    NY:              0

**JOHN  STRATEGAKOS**
**31  ARBOR  LN**
**LEVITTOWN,    PA  19055**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.0700 | 32.00 | 1,282.24 | 14,350.32 |
| Overtime | 60.1050 | 27.00 | 1,622.84 | 10,608.77 |
| **Gross Pay** | | | **$2,905.08** | 28,015.53 |

**Important Notes**

YOUR COMPANY PHONE NUMBER IS 212-490-0666

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -371.16 | 3,217.42 |
| | Social Security Tax | -180.11 | 1,736.96 |
| | Medicare Tax | -42.13 | 406.23 |
| | NY State Income Tax | -163.57 | 1,514.33 |
| | NY Paid Family Leave Ins | -11.27 | 108.70 |
| | **Other** | | |
| | LOCAL 94 PAC | -1.18 | 12.18 |
| | LOCAL 94 DUES | | 300.54 |
| | Meal Allowance | | -323.00 |
| | **Adjustment** | | |
| | Meal Allowance | +51.00 | |
| | **Net Pay** | **$2,186.66** | |
| | Checking 1 | -2,186.66 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$2,905.08

© 2000 ADP, Inc.

RIVERPLACE II, LLC
250 GREENWICH STREET
NEW YORK, NY 10007
212-490-0666

| Advice number: | 00000110006 |
|---|---|
| Pay date: | 03/13/2025 |

**Deposited to the account of**
**JOHN  STRATEGAKOS**

| account number | transit ABA | amount |
|---|---|---|
| xxxxx9659 | xxxx xxxx | $2,186.66 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |
|-----|------|-------|-------|-----------|-----|
| K58 | 095445 | 020300 | | 00001 | |

*RIVERPLACE  II, LLC*
*250 GREENWICH  STREET*
*NEW YORK,  NY  10007*
*212-490-0666*

Period Beginning:    02/23/2025
Period Ending:       03/01/2025
Pay Date:            03/06/2025

Taxable  Marital  Status:    Married
Exemptions/Allowances:
   Federal:        0
   NY:             0

**JOHN  STRATEGAKOS**
**31  ARBOR  LN**
**LEVITTOWN,  PA  19055**

| Earnings | rate | hours | this  period | year  to  date |
|----------|------|-------|--------------|----------------|
| Regular | 40.0700 | 24.00 | 961.68 | 13,068.08 |
| Overtime | 60.1050 | 16.00 | 961.68 | 8,985.93 |
| Floating H | 40.0700 | 8.00 | 320.56 | |
| **Gross Pay** | | | **$2,243.92** | 25,110.45 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -225.70 | 2,846.26 |
| | Social Security Tax | -139.13 | 1,556.85 |
| | Medicare Tax | -32.54 | 364.10 |
| | NY State Income Tax | -116.16 | 1,350.76 |
| | NY Paid Family Leave Ins | -8.71 | 97.43 |
| | **Other** | | |
| | LOCAL 94 DUES | -100.18 | 300.54 |
| | LOCAL 94 PAC | -0.96 | 11.00 |
| | Meal Allowance | | -272.00 |
| | **Adjustment** | | |
| | Meal Allowance | +34.00 | |
| | **Net Pay** | **$1,654.54** | |
| | Checking 1 | -1,654.54 | |
| | **Net Check** | **$0.00** | |

**Important Notes**

YOUR  COMPANY  PHONE  NUMBER  IS 212-490-0666

BASIS  OF PAY: HOURLY

Your  federal  taxable  wages  this  period  are
$2,243.92

© 2000  ADP,  Inc.

---

RIVERPLACE  II, LLC
250  GREENWICH  STREET
NEW YORK,  NY  10007
212-490-0666

**Advice number:**        00000100011
Pay date:              03/06/2025

**Deposited  to the account  of**
**JOHN  STRATEGAKOS**

| account  number | transit  ABA | amount |
|-----------------|--------------|--------|
| xxxxx9659 | xxxx  xxxx | $1,654.54 |



**NON-NEGOTIABLE**