## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JOHN STRATEGAKOS             :   CHAPTER 13
     DAMARIS STRATEGAKOS         :
     Debtor(s)                   :   BANKRUPTCY NO.  25-10911

## CERTIFICATE OF SERVICE

I, Paul H. Young, Esquire, hereby certify that I am the attorney for the Debtor in the above-captioned matter and that I have sent copies of the Debtors' 3rd Amended Plan by ECF, email or mail as indicated below on this 16th day of July 2025:

Kenneth West, Trustee
ECF

US Trustee
ECF

Quantum3Group
claims@quantumm3group.com

LVNV funding, LLC
c/o Resurgent Capital Services
askbk@resurgent.com

Internal Revenue Service
John Lindinger, Esquire
John.f.lindinger@irs.gov

TD Bank USA, N.A.
c/o Weinstein & Riley, P.S.
bncmail@w-legal.com

Capital One Auto Finance
Elizabeth Trachtman, Esquire
ECF

MidFirst Bank
999 North West Grant Boulevard
Oklahoma City, OK 73118

Ashley Funding Services, LLC
c/o Resurgent Capital Services
askbk@resurgent.com

/s/ Paul H. Young
PAUL H. YOUNG, ESQUIRE
Attorney for Debtors

Dated: July 16, 2025