United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                                    Case No. 25-10911-djb

John Strategakos                                                                                   Chapter 13

Damaris Strategakos

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                              User: admin                                           Page 1 of 3

Date Rcvd: Jul 31, 2025                       Form ID: 155                                      Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Strategakos, Damaris Strategakos, 31 Arbor Lane, Levittown, PA 19055-1201 |
| 15008995 | + | Capital One Auto Finance, C/O Elizabeth Trachtman, Orlans Law Group PLLC, 200 Eagle Road, Bldg 2, Suite 120, Wayne, PA 19087-3115 |
| 15016608 | +++ | Internal Revenue Service, P.O. Box 7317, Phila, PA 19101-7317 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15034745 | + | Email/PDF: acg.ebn.ebn@aisinfo.com | Aug 01 2025 00:26:21 | Ally Bank Lease Trust - Assignor to Vehi, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14985110 | + | Email/Text: ally@ebn.phinsolutions.com | Aug 01 2025 00:13:00 | Ally Financial, Attn: Bankruptcy, PO Box 380901, Minneapolis, MN 55438-0901 |
| 15008655 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 01 2025 00:15:03 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14985117 | | Email/Text: cfcbackoffice@contfinco.com | Aug 01 2025 00:13:00 | Continental Finance Co, Attn: Bankruptcy, Po Box 8099, Newark, DE 19714 |
| 14985118 | | Email/Text: cfcbackoffice@contfinco.com | Aug 01 2025 00:13:00 | Continental Finance Co, Pob 8099, Newark, DE 19714 |
| 14985111 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 01 2025 00:16:00 | Capital One Auto Finance, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14985112 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Aug 01 2025 00:15:03 | Capital One Auto Finance, Credit Bureau Dispute, Plano, TX 75025 |
| 14997338 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 00:15:39 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15004392 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 01 2025 00:26:39 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14985114 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2025 00:26:15 | Citibank/The Home Depot, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14985113 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 01 2025 00:26:33 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 14985116 | + | Email/Text: esther@cbhv.com | Aug 01 2025 00:14:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Rd, Newburgh, NY 12550-1748 |

| 14985115 | + | Email/Text: esther@cbhv.com | | |
| | | | Aug 01 2025 00:14:00 | Collection Bureau Hudson Valley, Inc., 155 North Plank Road, Po Box 831, Newburgh, NY 12551-0831 |
| 14985119 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Aug 01 2025 00:13:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14994658 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 01 2025 00:15:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14994188 | ^ | MEBN | | |
| | | | Aug 01 2025 00:10:11 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14985120 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Aug 01 2025 00:26:33 | Midfirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14985122 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 01 2025 00:14:00 | Midland Funding Llc, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14985121 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Aug 01 2025 00:14:00 | Midland Funding Llc, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14985123 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | | |
| | | | Aug 01 2025 00:26:11 | Midland Mortgage Co, Pob 268959, Oklahoma City, OK 73126-8959 |
| 14985125 | + | Email/Text: Bankruptcies@nragroup.com | | |
| | | | Aug 01 2025 00:14:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14985124 | + | Email/Text: Bankruptcies@nragroup.com | | |
| | | | Aug 01 2025 00:14:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14985126 | + | Email/PDF: cbp@omf.com | | |
| | | | Aug 01 2025 00:15:34 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14985127 | + | Email/PDF: cbp@omf.com | | |
| | | | Aug 01 2025 00:26:30 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14985129 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 01 2025 00:15:02 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502 |
| 14985128 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Aug 01 2025 00:15:39 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 14997749 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Aug 01 2025 00:14:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 14985130 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 01 2025 00:16:01 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 14985131 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Aug 01 2025 00:15:05 | Resurgent Capital Services, C/o Resurgent Capital Services, Greenville, SC 29602 |
| 15004090 | | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 01 2025 00:13:00 | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101 |
| 14985133 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 01 2025 00:13:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 14985132 | + | Email/Text: bncmail@w-legal.com | | |
| | | | Aug 01 2025 00:13:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14985134 | + | Email/Text: support@ymalaw.com | | |
| | | | Aug 01 2025 00:13:00 | Young, Marr & Associates, LLC, 3554 Hulmeville Road, Suite 102, Bensalem, PA 19020-4366 |

TOTAL: 33

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15004608 | *+ | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

District/off: 0313-2          User: admin          Page 3 of 3

Date Rcvd: Jul 31, 2025          Form ID: 155          Total Noticed: 36

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2025          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance  a division of Capital One N.A. ANHSOrlans@InfoEx.com |
| JOHN ERIC KISHBAUGH, I | on behalf of Creditor MIDFIRST BANK ekishbaugh@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| PAUL H. YOUNG | on behalf of Debtor John Strategakos support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Damaris Strategakos support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com ,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    John Strategakos | ) | Case No. 25−10911−djb |
| | ) | |
| | ) | |
|    Damaris Strategakos | ) | Chapter: 13 |
| | ) | |
|    Debtor(s). | ) | |

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: July 31, 2025

For The Court

Derek J Baker
Judge, United States Bankruptcy Court